IN THE MATTER OF THE GENERAL DISCIPLINARY
HEARING OF TROOPER THOMAS M. CARBERRY.

December 8, 1987.

Petition for certification granted.

STATE OF NEW JERSEY v. MAURICE ESPINO.

December 8, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS LEROY TRIPP.

December 8, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. MAXWELL MELVINS.

December 8, 1987.

Petition for certification denied.